[No. 59679-9-I.   Division One.   September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNIE BERNABE VENEGAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00421-3, George N. Bowden, J., entered February 28, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, J., concurred in by Becker and Leach, JJ.

[No. 59713-2-I.   Division One.   September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT C. ADAMS ET AL., *Defendants*, SHAWN BRIAN HEROD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-08823-9, James D. Cayce, J., entered March 12, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 59736-1-I.   Division One.   September 15, 2008.]

THE GLENEAGLE COUNTRY CLUB ASSOCIATION ET AL., *Respondents*, v. WOODLAND RIDGE JOINT VENTURE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-12599-1, Larry E. McKeeman, J., entered February 23, 2007. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Agid, J.

[No. 60043-5-I.   Division One.   September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HUMBERTO TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10871-6, Nicole MacInnes, J., entered May 4, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Lau, J.